UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER HILL, | ) | |
| Plaintiff(s), | ) ) ) | Case No. 2:14-cv-01018-RFB-VCF |
| vs. | ) ) | **ORDER GRANTING MOTION TO STAY EARLY NEUTRAL** |
| CLICK BOND, INC., | ) ) | **EVALUATION SESSION** |
| Defendant(s). | ) ) | (Docket No. 12) |

Pending before the Court is Defendant's motion to stay the early neutral evaluation session ("ENE") currently scheduled for October 7, 2014. Docket No. 12. In particular, the motion seeks to vacate the ENE as currently scheduled pending resolution of the motion to transfer venue of this case to this District Court's division in Reno. *See id.* The Court hereby **VACATES** the ENE scheduled for October 7, 2014. In the event the motion to transfer is denied, the parties shall file within seven days of such order a stipulation providing five agreeable dates for the undersigned to hold the ENE.

IT IS SO ORDERED.

Dated: September 26, 2014

_____
Nancy J. Koppe
United States Magistrate Judge